IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC SANDERS,

    Petitioner,               No. CIV S-03-2086 FCD CMK P

    vs.

JOE McGRATH, Warden,

    Respondent.        ORDER

_____/

    On February 12, 2007, petitioner filed a motion to amend his habeas petition. This habeas action was closed on January 25, 2007. Petitioner is advised that documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 27, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE